## CITY OF WINSTON-SALEM v. COOPER

No. 34PA85.

Case below: 72 N.C. App. 173.

Petition by defendants (Norman L. Cooper and wife, Ruth S. Cooper) for discretionary review under G.S. 7A-31 allowed 27 February 1985.

## DAVIS v. MOBILIFT EQUIPMENT CO.

No. 616P84.

Case below: 70 N.C. App. 621.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 February 1985. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 27 February 1985.

## E. F. HUTTON & CO. v. SEXTON

No. 538P84.

Case below: 70 N.C. App. 146.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## FERREE v. FERREE

No. 30P85.

Case below: 71 N.C. App. 737.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 February 1985.

## FOOD TOWN STORES v. CITY OF SALISBURY

No. 751P84.

Case below: 71 N.C. App. 457.

Petitions by plaintiffs for discretionary review denied 27 February 1985. Motion by City of Salisbury to dismiss plaintiffs' appeals allowed 27 February 1985.